AMO/2012R00768

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Robert B. Kugler |
| v. | : | Criminal No. 12-619 (RBK) |
| BRIAN GOODMAN | : | <u>ORDER AMENDING INDICTMENT</u> |

This matter having been opened to the Court on the joint application of the United States (Paul J. Fishman, United States Attorney for the District of New Jersey, by Alyson M. Oswald, Assistant U.S. Attorney, appearing) and defendant BRIAN GOODMAN (Christopher H. O'Malley, Assistant Federal Public Defender, appearing) for an Order amending reference in the caption of Indictment, Criminal No. 12-619 (hereinafter, "the Indictment") from "UNITED STATES OF AMERICA v. BRIAN GOODMAN" to "UNITED STATES OF AMERICA v. BRYON GOODMAN," and amending all references in the Indictment from "BRIAN GOODMAN" to "BRYON GOODMAN," and the defendant and defense counsel having consented to such an amendment of the Indictment in open court on May 23, 2013, and for good and sufficient cause shown;

IT IS on this 24th day of May, 2013;

ORDERED that reference in the caption of the Indictment is hereby amended from "UNITED STATES OF AMERICA v. BRIAN GOODMAN" to "UNITED STATES OF AMERICA v. BRYON GOODMAN," Fed. R. Crim. P. 36; and it is

FURTHER ORDERED that all references in the Indictment are hereby amended from "BRIAN GOODMAN" to "BRYON GOODMAN."

HONORABLE ROBERT B. KUGLER
United States District Judge

at Camden, New Jersey